# United States District Court

**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | ***Alien in Possession of a Firearm*** |
| | 18 U.S.C. §§ 922(g)(5)(A) and 924(a)(8) |
| v. | NMT 15 Years' Imprisonment |
| | NMT $250,000 Fine |
| JOSE JUAREZ COLMENERO, | NMT 3 Years' Supervised Release |
| [DOB: 09/03/1998] | Class C Felony |

$100 Mandatory Special Assessment

## CRIMINAL COMPLAINT

**Case Number: 25-MJ-00024-LMC(SWH)**

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

On or about February 11, 2025, in the Western District of Missouri, the defendant JOSE JUAREZ COLMENERO, a citizen of the Country of Mexico, knowing he was present in the United States illegally and unlawfully, did knowingly possess, in and affecting interstate commerce, a firearm, to wit: a Glock 19, 9-millimeter pistol, with serial number BUYB629, which had been transported in interstate commerce, contrary to the provisions of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(8).

I further state that I am a Special Agent with the Department of Homeland Security, and that this complaint is based on the following facts:

(See attached Affidavit)

ANTHONY T DEMARCO
Digitally signed by ANTHONY T DEMARCO
Date: 2025.02.24 16:18:42 -06'00'

Anthony T. DeMarco, Special Agent
Department of Homeland Security

Presented by reliable electronic means and sworn to telephonically

~~Sworn to before me and subscribed in my presence.~~

**Feb 25, 2025**     at     Kansas City, Missouri
_____       _____
Date                                                  City and State

HONORABLE SARAH W. HAYS
United States Magistrate Judge

*Sarah W. Hays*

Name and Title of Judicial Officer           Signature of Judicial Officer